EXHIBIT "2"
TO THE PLAINTIFF'S COMPLAINT

PLAINTIFF'S COPYRIGHT REGISTRATION

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-998-057

**Effective Date of Registration:**
August 02, 2016

## Title

|  |  |
|---|---|
| **Title of Work:** | Mechanic: Resurrection |
| **Previous or Alternate Title:** | The Mechanic 2 aka The Mechanic II |
| **Nature of Claim:** | Original Motion Picture |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 25, 2016 |
| **Nation of 1st Publication:** | United States |
| **Preregistration:** | PRE000008863 |

## Author

|  |  |
|---|---|
| **Author:** | ME2 Productions, Inc. |
| **Author Created:** | Entire Motion Picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | ME2 Productions, Inc. |
|  | 318 N. Carson Street, #208, Carson City, NV 89701 |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014 |
| **Previously registered:** | Yes |
| **New material included in claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects |

## Certification

|  |  |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | August 01, 2016 |

**Correspondence:** Yes