# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., ) | |
|         Plaintiff, ) | Case No. 2:16-cv-02783-APG-CWH |
| vs. ) | **ORDER** |
| JOHN & JANE DOES, ) | |
|         Defendants. ) | |

    Presently before the court is interested party Sarah Augustin's motion to quash subpoena (ECF No. 7), filed on March 14, 2017. Plaintiff ME2 Productions, Inc. filed a response (ECF No. 8) on March 16, 2017. The reply deadline has not yet expired.

    In reviewing the briefs, it has come to the court's attention that neither party filed a copy of the subpoena at issue. Without the subpoena, the court is unable to evaluate the parties' arguments. The court therefore will require Plaintiff to file the subpoena at issue by March 23, 2017.

    IT IS THEREFORE ORDERED that Plaintiff ME2 Productions, Inc. must file a copy of the subpoena at issue by March 23, 2017.

    IT IS FURTHER ORDERED that Plaintiff must serve a copy of this order on Sarah Augustin and file proof of that service by March 23, 2017.

DATED: March 17, 2017

                                                                   _____
                                                                     **C.W. Hoffman, Jr.**
                                                                     **United States Magistrate Judge**